JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO IBARRA, | ) Case No. CV 22-6808-JPR |
| | ) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Acting Commissioner's request for an order affirming her final decision is GRANTED and judgment is entered in the Acting Commissioner's favor.

DATED: October 30, 2023

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE